IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
NOV 2 8 2003
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BENON JOHN TRAWINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-B-2396-S |
| ) | |
| UNITED TECHNOLOGIES CARRIER ) | |
| CORPORATION and COMFORT SYSTEMS ) | |
| U.S.A. (Owner and Parent Corporation of ) | |
| Standard Heating and Air Conditioning Co.), ) | |
| ) | |
| Defendants. ) | |

ENTERED
DEC - 1 2003

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the plaintiff's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 28) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motions to dismiss, which the court has converted to motions for summary judgment (doc. 11 & 13), are due to be granted and the plaintiff's claims are therefore due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 28th day of November, 2003.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE